PROB 37

| United States District Court<br>Federal Probation System<br><br>PERMISSION TO TRAVEL | Address of Probation Office<br><br>&lt;address 1&gt;<br>&lt;address 2&gt;<br>&lt;city state&gt; |
|---|---|

Date: April 20, 2009

Mr. Khaled Zahran
2 Thayer Street # 5J
New York, NY 10040

YOU ARE AUTHORIZED TO TRAVEL TO _____ Amman, Jordan _____

LEAVING ___ 4/25/09 ___ AND RETURNING ___ TBD (after 2 weeks) ___

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE

PURPOSE OF THIS TRIP:        Attend court

SPECIAL INSTRUCTIONS:    (include requirements of criminal registration ordinances in travel area. Also include instructions for reporting in destination district.)

-You shall meet with counsel, Lee Ginsberg as you indicated, to write to the Court regarding this travel request.

-If you travel, call me on Monday and Fridays at 212-805-5188.

Kevin G. Gilliland
Sr. U.S. Probation officer
UNITED STATES PROBATION OFFICER

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

SO ORDERED: _____
           STANLEY R. CHESLER, U.S.D.J.

N/A



Michael J. Fitzpatrick
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

New York, NY
April 20, 2009

Mr. Khaled Zahran
2 Thayer Street # 5J
New York, NY 10040

Dear Mr. Zahran,

I have been informed that upon arrival in the United States in summer 2005, your passport and alien registration card were taken by the Bureau of Immigration and Customs Enforcement, U.S. Customs and Border Patrol agents. The most accurate information I have indicates that they still have those documents. I have been in contact with that agency and they have informed me they are searching for the specified documents so that they can be returned to you.

Kevin G. Gilliland

NYC Office Location
Woolworth Building
233 Broadway, 14th Floor
New York, NY 10279
212.805.0040
212.805.0047 - Fax

NYC Office Mailing Address
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White Plains Office
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-1901
914.390.4040
914.390.4055 - Fax

Middletown Office
25 South Street
Middletown, NY 10940-6435
845.344.2789
845.344.2722 - Fax

# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

April 22, 2009

Honorable Stanley R. Chesler
United States District Judge
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: United States v. Khaled Zahran**
**06-CR-548 (SRC)**

Dear Judge Chesler:

My client, Khaled Zahran, is currently on Supervised Release after having been sentenced to time served by the court on October 7, 2008. Mr. Zahran has extremely urgent legal business in Jordan involving his marital situation, as well as custody issues concerning his young child. These matters have been raised to the government, the agent involved in his case and the Probation Department. All parties agree that Mr. Zahran should be permitted to travel to Jordan for the purposes stated herein. I have enclosed a copy of the authorization already prepared by the Probation Department and respectfully request that Your Honor So Order this letter permitting Mr. Zahran to travel to Jordan, as set forth in that authorization.

Respectfully,

Lee Ginsberg

Encl.

cc: Camelia M Valdes, Esq. AUSA
    Kevin G. Gilliland, Sr. U.S. Probation Officer