PROB 37
(REV. 3/2001)

| United States District Court Federal Probation System<br><br>PERMISSION TO TRAVEL | Address of Probation Office<br><br>\<address 1><br>\<address 2><br>\<city state> |
|---|---|

Date: June 2, 2009

Mr. Khaled Zahran
2 Thayer Street # 5J
New York, NY 10040

YOU ARE AUTHORIZED TO TRAVEL TO _____ Amman, Jordan _____

LEAVING _____ 7/1/09 _____ AND RETURNING _____ TBD (after 2 weeks) _____ .

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE

PURPOSE OF THIS TRIP:    Attend court

SPECIAL INSTRUCTIONS:    (include requirements of criminal registration ordinances in travel area. Also include instructions for reporting in destination district.)

**If you travel, call me on Monday and Fridays at 212-805-5188.**

Kevin G. Gilliland
Sr. U.S. Probation officer
UNITED STATES PROBATION OFFICER

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

N/A

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.

# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

June 4, 2009

Honorable Stanley R. Chesler
United States District Judge
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re: <u>United States v. Khaled Zahran</u>
06 CR 548 (SRC)

Dear Judge Chesler:

The court recently signed an order permitting my client, Khaled Zahran, to travel to Jordan. Mr. Zahran is currently on Supervised Release after having been sentenced to time served by the court on October 7, 2008. Due to the fact that his travel documents, which were originally seized upon his arrest, were misplaced by a government agency, he was not able to travel when previously scheduled. Mr. Zahran still has extremely urgent legal business in Jordan involving his marital situation, as well as custody issues concerning his young child. All parties agree that Mr. Zahran should be permitted to travel to Jordan for the purposes stated herein. I have enclosed a copy of the second authorization already prepared by the Probation Department and respectfully request that Your Honor So Order the authorization letter permitting Mr. Zahran to travel to Jordan, as set forth in that document.

Respectfully,

Lee Ginsberg

Encl.

cc: Camelia M Valdes, Esq. AUSA
    Kevin G. Gilliland, Sr. U.S. Probation Officer



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700       (973)645-2700
Newark, NJ 07102

June 30, 2009

**By Hand Delivery**
Honorable Stanley R. Chesler, U.S.D.J.
United States District Judge
Frank R. Lautenberg U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

    Re: United States v. Khaled Zahran
        Crim. No. ___ (SRC)

Dear Judge Chesler:

Please be advised that the Government does not object to defendant Khaled Zahran traveling.

                        Respectfully submitted,

                        CHRISTOPHER J. CHRISTIE
                        United States Attorney

                        By: CAMELIA M. VALDES
                        Assistant U.S. Attorney